**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2839-15T1

HUSKIES TRUST 2013-1,

    Plaintiff-Respondent,

v.

NEW ALOHA DEVELOPMENT, INC.,

    Defendant,

and

RICHARD WU, a/k/a RICHARD
L.M. WU, a/k/a RICHARD YIN
FU WU,

    Defendant-Appellant,

and

JSANG KEI LAU, a/k/a
TSANGT KEI LAU, a/k/a ROBERT
TSANG, a/k/a ROBERT LAU, a/k/a
TSANG KEI LAU,

    Defendants.

_____

        Argued July 11, 2017 — Decided October 31, 2017

        Before Judges Nugent and Accurso.

        On appeal from Superior Court of New Jersey,
        Chancery Division, Hudson County, Docket No.
        F-064310-09.

Aihong You argued the cause for appellant.

Gene R. Mariano argued the cause for respondent (Parker McCay PA, attorneys; Mr. Mariano, of counsel; Stacy L. Moore, Jr., on the brief).

PER CURIAM

We have been advised by the parties this matter has been amicably adjusted between them and they have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-2839-15T1